UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARELIOUS RAY REED,

       Plaintiff,                          Civil Action No.
                                                    12-CV-10084

vs.

                                                    HON. MARK A. GOLDSMITH

36TH DISTRICT COURT,

       Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS MOOT**

      This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Laurie J. Michelson, entered on February 8, 2012.  The Magistrate Judge recommends that the complaint of Plaintiff, proceeding pro se and in forma pauperis, be dismissed because Defendant is immune from suit.  Plaintiff has not filed objections to the R&R and the time to do so has expired.  Thus, Plaintiff has waived any further right to appeal.  Thomas v. Arn, 474 U.S. 140, 155 (1985).  In any event, the Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result.

      Accordingly, the Magistrate Judge's R&R (Dkt. 7) is accepted and adopted as the findings and conclusions of the Court.  The case is dismissed.  Defendant's pending motion for summary judgment (Dkt. 8) is dismissed as moot.

      SO ORDERED.


Dated:  May 16, 2012                                       s/Mark A. Goldsmith
   Flint, Michigan                                       MARK A. GOLDSMITH
                                                        United States District Judge

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 16, 2012.

                                          s/Deborah J. Goltz
                                          DEBORAH J. GOLTZ
                                          Case Manager